NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DAVID L. WILSON,    )
    )
        Appellant,    )
    )
v.    )    Case No. 2D18-2866
    )
STATE OF FLORIDA,    )
    )
        Appellee.    )
_____)

Opinion filed January 23, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pinellas County; Michael F. Andrews,
Judge.

David L. Wilson, pro se.

PER CURIAM.

        Affirmed. See § 775.087(2)(b), Fla. Stat. (2006); State v. Whitehead, 472

So. 2d 730 (Fla. 1985); Martinez v. State, 114 So. 3d 1119 (Fla. 2d DCA 2013);

Sheppard v. State, 113 So. 3d 148 (Fla. 2d DCA 2013); Robinson v. State, 37 So. 3d

921 (Fla. 2d DCA 2010); Burttram v. State, 846 So. 2d 1201 (Fla. 2d DCA 2003).


NORTHCUTT, SLEET, and SALARIO, JJ., Concur.